# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00349-CV

**Pablo Delagarza, Jr., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. 31,385, HONORABLE EDWARD P. MAGRE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Pablo Delagarza, Jr. filed a motion requesting that his appeal be dismissed.

*See* Tex. R. App. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.

Diane Henson, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Dismissed on Appellant's Motion

Filed:   September 24, 2007